**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-20726-CIV- UNGARO/OSULLIVAN**

THE HAYS GROUP, INC.,

    Plaintiff,

v.

DEBORAH AICHELE,

    Defendant.

_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff The Hays Group, Inc., a Minnesota Corporation, submits its Corporate Disclosure Statement and states that it has no parent corporation and no other publicly held corporation owns 10% or more of its stock.

Dated: March 1, 2018

Respectfully Submitted,

*/s/Gerald E. Greenberg*
DANIEL S. GELBER
Florida Bar No. 512877
dan@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
JARRED L. REILING
Florida Bar No. 93930
jreiling@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

   and

   CHRISTOPHER W. MADEL *(pro hac)*
   Minnesota Bar No. 230297
   cmadel@madellaw.com
   JENNIFER M. ROBBINS *(pro hac)*
   Minnesota Bar No. 0387745
   jrobbins@madellaw.com
   CASSANDRA B. MERRICK *(pro hac)*
   Minnesota Bar No. 396372
   cmerrick@madellaw.com
   MADEL PA
   800 Pence Building
   800 Hennepin Avenue
   Minneapolis, MN  55403
   Telephone: 612-605-0630
   Fax: 612-326-9990

   *Counsel for Plaintiff The Hays Group, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March 2018 a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system.

*/s/Gerald E. Greenberg*
GERALD E. GREENBERG