In the UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20726-CIV-UNGARO/OSULLIVAN

THE HAYS GROUP, INC.,
Plaintiff,

v.

DEBORAH AICHELE,
Defendant.
_____/

## DECLARATION OF DAVID MCBRIDE IN SUPPORT OF PLAINTIFF THE HAYS' GROUP, INC.'S MOTION FOR ENTRY OF A PROTECTIVE ORDER

I, David McBride, have personal knowledge of the following facts and if called as a witness would testify that:

1. I am an Executive Vice President at The Hays Group, Inc. ("The Hays Group"). My responsibilities include production of new business and supervision and management of the commercial lines team. This includes negotiations with clients and carriers regarding structure, limits and premiums for all commercial placements.

2. Disclosure of The Hays Group's clients and their policies and other business with The Hays Group to our former employee, Deborah Aichele, would cause significant competitive harm to The Hays Group.

3. Since Ms. Aichele's termination, we have had to make changes to many clients' policies because of her actions. Additionally, we have entered into new policies as a course of business with many of our clients. This is not information in Ms. Aichele's possession. For her to learn about our business terms with our existing clients would place us at a serious competitive disadvantage, especially because I understand she is now employed by IFI Corp., a competitor to The Hays Group that has already directly contacted many of our clients and subsequently has

taken specific business from us based on securing our confidential information and violations of Ms. Aichele's contractual obligations with Hays.

4. This business information is confidential because it contains our competitive pricing, coverage terms, limits of liability, confidential negotiations of settlements with clients, and detailed information as to the nature of the issues we face on each client file. Should Ms. Aichele be able to secure these details, this would further cause damage to The Hays Group.

I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge.

Executed on August 3, 2018 in Plantation, Florida.

By: _____
David McBride