UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20726-CIV-UNGARO/O'SULLIVAN

THE HAYS GROUP, INC.,

    Plaintiff,

v.

DEBORAH AICHELE,

    Defendant.
_____/

## INTERIM JOINT STATUS REPORT

As required by Judge Ungaro's Order dated September 10, 2018 [D.E. 63], the parties hereby answer the following questions:

1. Have all the defendants been served and answered the complaint? If not, state the reason(s) for the failure to do so.

    Yes.

2. If this is a class action, has a motion for class certification been filed? If so, what is its status?

    This is not a class action.

3. If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?

    The parties have issued and responded to extensive written discovery and document requests. Depositions are scheduled between next week and mid-January, and the parties are working diligently toward completing discovery by the deadline of January 18, 2019.

4. Are there any motions or discovery disputes pending? If so, indicate the status of each separately.

    There are no motions pending; however, there is pending discovery that may result in motion practice. Ms. Aichele propounded a Third Set of Interrogatories and Request for Production to Plaintiff on November 19, 2018 and a Fourth Request for Production to Plaintiff on December 4, 2018. Ms. Aichele also issued subpoenas to

    non-parties BB&T Company, Capital One, N.A., and JPMorgan Chase Bank, N.A. on December 4, 2018. Ms. Aichele is still waiting for responses and documents to certain requests of her First Request for Production and First Set of Interrogatories, which counsel for Hays has represented Ms. Aichele will receive prior to the December 18 deposition of Hays' corporate representative.

5. Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

    Yes.

6. Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.

    Yes.

7. Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

    Although settlement communications were sent prior to the commencement of the litigation, there have been no settlement discussions since that time. Both parties have strong feelings about the merits of their positions on the remaining count, but both will engage in good faith settlement discussions at mediation and if any other opportunities arise.

8. If the case is less than five days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

    The parties project that this matter will take approximately six days to try, have conferred regarding trial before a Magistrate Judge, and have not agreed to trial before a Magistrate Judge.

Dated: December 10, 2018                                    Respectfully Submitted,

*/s/Gerald E. Greenberg*                                    */s/Leonard K. Samuels*
GERALD E. GREENBERG                                         LEONARD K. SAMUELS
Florida Bar No. 440094                                      Florida Bar No. 501610
ggreenberg@gsgpa.com                                        lsamuels@bergersingerman.com
DANIEL S. GELBER                                            CAITLIN M. TROWBRIDGE
Florida Bar No. 512877                                      Florida Bar No. 92113
dan@gsgpa.com                                               ctrowbridge@bergersingerman.com
ADAM M. SCHACHTER                                           BERGER SINGERMAN LLP
Florida Bar No. 647101                                      350 East Las Olas Blvd., Suite 1000
aschachter@gsgpa.com                                        Ft. Lauderdale, FL 33301
MIKAYLA ESPINOSA                                            Tele: 954-525-9900
Florida Bar No. 1008227                                     Fax: 954-523-2872
mikaylaespinosa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.                          *Attorneys for Defendant*
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

and

CHRISTOPHER W. MADEL *(pro hac)*
Minnesota Bar No. 230297
cmadel@madellaw.com
JENNIFER M. ROBBINS *(pro hac)*
Minnesota Bar No. 0387745
jrobbins@madellaw.com
CASSANDRA B. MERRICK *(pro hac)*
Minnesota Bar No. 396372
cmerrick@madellaw.com
MADEL PA
800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
Fax: 612-326-9990

*Attorneys for Plaintiff The Hays Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2018 a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Leonard K. Samuels
lsamuels@bergersingerman.com
Caitlin M. Trowbridge
ctrowbridge@bergersingerman.com
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301
Tele: 954-525-9900
Fax: 954-523-2872
drt@bergersingerman.com
vbarthelemy@bergersingerman.com
mnewland@bergersingerman.com

*Attorneys for Defendant*

    */s/Gerald E. Greenberg*
    GERALD E. GREENBERG