UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20726-CIV-UNGARO/O'SULLIVAN

THE HAYS GROUP, INC.,

    Plaintiff,
v.

DEBORAH AICHELE,

    Defendant.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of STEPHEN M. PREMO of the law firm of MADEL PA, 800 Pence Building, 800 Hennepin Avenue, Minneapolis, MN 55403, Telephone: 612-605-0630, for purposes of limited appearance as counsel on behalf of THE HAYS GROUP, INC., ("HAYS") in the above-styled case only.  Pursuant to Rule 2B of the CM/ECF Administrative Procedures, the undersigned also moves to permit STEPHEN M. PREMO to receive electronic filings in this case.

In support of this motion, the undersigned states as follows:

1.    STEPHEN M. PREMO is not admitted to practice in the Southern District of Florida. He is a member in good standing in the Bar of the State of Minnesota; U.S. District Court, Minnesota and U.S. District Court, District of North Dakota.

2.    Movant Gerald E. Greenberg, of the law firm of Gelber Schachter & Greenberg, P.A., 1221 Brickell Avenue, Suite 2010, Miami, Florida 33131, Telephone: (305) 728-0950, is a

member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, STEPHEN M. PREMO has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit A.

4. STEPHEN M. PREMO by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to STEPHEN M. PREMO at email address: spremo@madellaw.com.

WHEREFORE, Gerald E. Greenberg moves this Court to enter an Order allowing, Stephen M. Premo to appear before this Court on behalf of The Hays Group, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen M. Premo. The proposed order is attached hereto as Exhibit B.

Dated: January 3, 2019                    Respectfully Submitted,

*/s/Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
DANIEL S. GELBER
Florida Bar No. 512877
dan@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
MIKAYLA ESPINOSA
Florida Bar No. 1008227
mikaylaespinosa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

and

CHRISTOPHER W. MADEL *(pro hac)*
Minnesota Bar No. 230297
cmadel@madellaw.com
JENNIFER M. ROBBINS *(pro hac)*
Minnesota Bar No. 0387745
jrobbins@madellaw.com
CASSANDRA B. MERRICK *(pro hac)*
Minnesota Bar No. 396372
cmerrick@madellaw.com
STEPHEN M. PREMO *(pro hac pending)*
Minnesota Bar No. 393346
spremo@madellaw.com
MADEL PA
800 Pence Building
800 Hennepin Avenue
Minneapolis, MN  55403
Telephone: 612-605-0630
Fax: 612-326-9990

*Attorneys for Plaintiff The Hays Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January 2019 a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Leonard K. Samuels
lsamuels@bergersingerman.com
Caitlin M. Trowbridge
ctrowbridge@bergersingerman.com
Berger Singerman LLP
350 East Las Olas Blvd., Suite 1000
Ft. Lauderdale, FL 33301
Tele: 954-525-9900
Fax: 954-523-2872
drt@bergersingerman.com
vbarthelemy@bergersingerman.com
mnewland@bergersingerman.com

*Attorneys for Defendant*

                                              */s/Gerald E. Greenberg*
                                              GERALD E. GREENBERG