UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-20726-UU

THE HAYS GROUP, INC.,

    Plaintiff,

v.

DEBORAH AICHELE,

    Defendant.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion for Enlargement of Time to Complete Mediation (D.E. 88).

THE COURT has considered Motions, the pertinent portions of the record and is otherwise fully advised in the premises.

The mediation deadline is currently set for February 2, 2019. D.E. 63. Defendant wants to extend the deadline to February 28 due to her counsel's trial schedule. February 28, however, is long after the motions deadline. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 88) is DENIED. The parties SHALL complete mediation before the motions deadline.

DONE AND ORDERED in Chambers at Miami, Florida, this _7th_ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf

1