UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20726-CIV-UNGARO/O'SULLIVAN

THE HAYS GROUP, INC.,

    Plaintiff,

v.

DEBORAH AICHELE,

    Defendant.
_____/

### ORDER

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on January 17, 2019. Having heard from the parties, for the reasons stated on the record during the hearing, and in accordance with the rulings from the bench, it is

ORDERED AND ADJUDGED that the defendant's request for a protective order regarding the depositions of BB&T Bank and J.P. Morgan Chase Bank is DENIED. The parties have until the close of business on Tuesday, January 22, 2019, to conduct the two depositions. No other deadlines set by the District Court in this matter are extended.

**DONE AND ORDERED** in Chambers at Miami, Florida this 17th day of January, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE